IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-126

No. 279A21

Filed 16 December 2022

IN THE MATTER OF E.M.D.Y.

Appeal pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 278 N.C. App. 604, 2021-NCCOA-365, remanding an order entered on 15 May 2020 by Judge Pat Evans in District Court, Durham County. On 21 July 2022, this Court allowed the motion of respondent in *In re J.R.*, 2022-NCSC-127, to consolidate these cases for oral argument. Heard in the Supreme Court on 20 September 2022.

*Glenn Gerding, Appellate Defender, by Jillian C. Katz, Assistant Appellate Defender, for respondent-appellant.*

*Joshua H. Stein, Attorney General, by South A. Moore, General Counsel Fellow, and James W. Doggett, Deputy Solicitor General, for the State.*

*Disability Rights North Carlina, by Lisa Grafstein, Holly Stiles, and Elizabeth Myerholtz for Disability Rights North Carolina, National Association of Social Workers, Promise Resource Network, and Peer Voice North Carolina, amicus curiae.*

PER CURIAM.

For the reasons stated in *In re J.R.*, 2022-NCSC-127, the decision of the Court of Appeals is affirmed.

AFFIRMED.

Justices HUDSON, MORGAN, and EARLS dissent for the reasons stated in

Justice Earls' dissenting opinion in *In re J.R.*, 2022-NCSC-127.